**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### SUNHEE PI, CHONG PARK,  AND KRISTINA KASTL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER
Before Justices Fillmore, Lewis, and Brown

In accordance with this Court's opinion of this date, we **REVERSE** the trial court's September 13, 2013 order sustaining the contest to appellant's affidavit of indigence.  The allegations in appellant's affidavit of indigence are deemed true and appellant is entitled to proceed without advance payment of costs.  *See* TEX. R. APP. P. 20.1(i)(4).

We **ORDER** John Warren, Dallas County Clerk, and Vikki Ogden, Official Court Reporter for County Court at Law No. 5 of Dallas County, Texas, to file their respective records **on or before Monday, November 25, 2013**.

We **DIRECT** the clerk of this Court to send a copy of this order by electronic transmission to the Honorable Mark Greenberg, Judge of County Court at Law No. 5 of Dallas County, Texas, John Warren, Vikki Ogden, counsel for appellees, and by first-class mail to appellant.

/s/    ADA BROWN
         JUSTICE